# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Thomas Petters, Inc. § Case No. 14-43791-GFK
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nauni Jo Manty, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00               Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $917,587.46      Claims Discharged
                                                  Without Payment: $61,682,411.54

Total Expenses of Administration: $104,901.21

3) Total gross receipts of $ 1,022,488.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,022,488.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 104,901.21 | 104,901.21 | 104,901.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,736,329.88 | 35,934,765.88 | 35,768,436.00 | 917,587.46 |
| **TOTAL DISBURSEMENTS** | $62,736,329.88 | $36,039,667.09 | $35,873,337.21 | $1,022,488.67 |

    4) This case was originally filed under Chapter 7 on September 17, 2014. The case was pending for 44 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2018    By: /s/Nauni Jo Manty
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account-US Bank | 1129-000 | 50,764.81 |
| Investment in Petters Aviation | 1129-000 | 2,473.86 |
| Amended and Restated Note of Polaroid Consumer | 1129-000 | 850,000.00 |
| Settlement - Michael O'Shaughnessy & XL | 1249-000 | 119,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,022,488.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ritchie Capital Management, LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Nauni Jo Manty | 2100-000 | N/A | 53,924.66 | 53,924.66 | 53,924.66 |
| Trustee Expenses - Nauni Jo Manty | 2200-000 | N/A | 109.52 | 109.52 | 109.52 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - MANTY & ASSOCIATES, P.A. | 3110-000 | N/A | 44,523.00 | 44,523.00 | 44,523.00 |
| Attorney for Trustee Expenses (Trustee Firm) - MANTY & ASSOCIATES, P.A. | 3120-000 | N/A | 90.85 | 90.85 | 90.85 |
| Other - Paiement Law Office, LLC | 3210-000 | N/A | 2,940.00 | 2,940.00 | 2,940.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.55 | 41.55 | 41.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.86 | 68.86 | 68.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.60 | 86.60 | 86.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.29 | 76.29 | 76.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.10 | 71.10 | 71.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.15 | 81.15 | 81.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.96 | 75.96 | 75.96 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 36.52 | 36.52 | 36.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.32 | 73.32 | 73.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.75 | 80.75 | 80.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 78.09 | 78.09 | 78.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.95 | 72.95 | 72.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.39 | 80.39 | 80.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 75.24 | 75.24 | 75.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.63 | 72.63 | 72.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.54 | 82.54 | 82.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.22 | 72.22 | 72.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 144.84 | 144.84 | 144.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.16 | 174.16 | 174.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.79 | 152.79 | 152.79 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 45.65 | 45.65 | 45.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.58 | 152.58 | 152.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.35 | 173.35 | 173.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.06 | 152.06 | 152.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 172.80 | 172.80 | 172.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 156.84 | 156.84 | 156.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.89 | 166.89 | 166.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 208.13 | 208.13 | 208.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.81 | 194.81 | 194.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.68 | 43.68 | 43.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.48 | 48.48 | 48.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.79 | 46.79 | 46.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.17 | 53.17 | 53.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $104,901.21 | $104,901.21 | $104,901.21 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Petters Company, Inc. | 7100-000 | 35,738,437.00 | 35,768,436.00 | 35,768,436.00 | 917,587.46 |
| 2 | Petters Group Worldwide, LLC | 7100-000 | 166,329.88 | 166,329.88 | 0.00 | 0.00 |
| 3 | John R. Stoebner, Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | John R. Stoebner, Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thomas Petters c/o Douglas A. Kelley, Receiver | 7100-000 | 26,809,511.00 | N/A | N/A | 0.00 |
| NOTFILED | MN Eepartment of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Centralized Insolvency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Douglas A. Kelley, Receiver | 7100-000 | 22,052.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $62,736,329.88 | $35,934,765.88 | $35,768,436.00 | $917,587.46 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-43791-GFK  
**Case Name:** Thomas Petters, Inc.

**Period Ending:** 06/08/18

**Trustee:** (430120) Nauni Jo Manty  
**Filed (f) or Converted (c):** 09/17/14 (f)  
**§341(a) Meeting Date:** 10/28/14  
**Claims Bar Date:** 01/30/15

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Checking Account-US Bank | 50,759.00 | 50,759.00 | | 50,764.81 | FA |
| 2  Investment in Calico Capital  cost basis $760,691 | Unknown | Unknown | | 0.00 | FA |
| 3  Investment in Intelligent Coffee  cost basis $115,341 | Unknown | Unknown | | 0.00 | FA |
| 4  Investment in MLO Appliance Company  MLO filed chapter 7 in DE, BKY 10-10086, closed as a no asset case. | 0.00 | 0.00 | | 0.00 | FA |
| 5  Investment in Pantheon Realty  Cost basis $10,147. Pantheon Realty was administrative dissolved by the MN secretary of State. | 0.00 | 0.00 | | 0.00 | FA |
| 6  Investment in Petters Aviation  Cost basis $21,950,000. Petters Aviation filed chapter 11. | 0.00 | 2,473.86 | | 2,473.86 | FA |
| 7  Investment in Zink Imaging  cost basis $1,000,000. | Unknown | Unknown | | 0.00 | FA |
| 8  Amended and Restated Note of Polaroid Consumer Electronics, LLC. Face amount $10,005,000 dated 98/11/08. PCE filed bankruptcy on 12/18/08, BKY 08-46620. Claim filed in the Polaroid Conusmer Electronics case (08-46620) in the amount of $11,155,677. | Unknown | Unknown | | 850,000.00 | FA |
| 9  Intra-company receivable. Peters Aviation in the amount ol $2,746,234, Due to Petters Aviation's Ch. 11 quidation no remalnlng operations, receivership and Order of Forfeiture, the value of this receivable ls doubtful. | 0.00 | 0.00 | | 0.00 | FA |
| 10  Intra-company receivable. Tam O'Hanter in the amount of $31,280. Entity is subject to Receivership and Order of Forfeiture. The value of this receivable is doubtful. | 0.00 | 0.00 | | 0.00 | FA |
| 11  Intra-company receivable. Loche Vale, Inc in the amount of $87,407. Entity is subject to | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-43791-GFK  
**Case Name:** Thomas Petters, Inc.

**Trustee:** (430120) Nauni Jo Manty  
**Filed (f) or Converted (c):** 09/17/14 (f)  
**§341(a) Meeting Date:** 10/28/14  

**Period Ending:** 06/08/18  
**Claims Bar Date:** 01/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| receivership, has no assets and has been administratively dissoled. The value of this receivable is doubtful. | | | | | |
| 12  Claims against Thomas Petters for distributions and conversion or corporate assets. Due to receivership and order of forfeiture, the value is likely $0.00. | 0.00 | 0.00 | | 0.00 | FA |
| 13  Settlement - Michael O'Shaughnessy & XL  (u) | 58,500.00 | 58,500.00 | | 119,250.00 | FA |
| 13  **Assets  Totals** (Excluding unknown values) | **$109,259.00** | **$111,732.86** | | **$1,022,488.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Ready for TDR

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** February 8, 2018  (Actual)

Printed: 06/08/2018 11:45 AM    V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-43791-GFK  
**Case Name:** Thomas Petters, Inc.  

**Taxpayer ID #:** **-***0975  
**Period Ending:** 06/08/18  

**Trustee:** Nauni Jo Manty (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $16,448,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/14 | {6} | Petters Aviation/Elite Creditors Trust | final distribution per trustee's special report 8/28/14 | 1129-000 | 2,473.86 | | 2,473.86 |
| 10/15/14 | {1} | US Bank | Bank account proceeds | 1129-000 | 50,764.81 | | 53,238.67 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.55 | 53,197.12 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.86 | 53,128.26 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.60 | 53,041.66 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.29 | 52,965.37 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.10 | 52,894.27 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.15 | 52,813.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.96 | 52,737.16 |
| 05/29/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2015 FOR CASE #14-43791, BOND # 016018054 | 2300-000 | | 36.52 | 52,700.64 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.32 | 52,627.32 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.75 | 52,546.57 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.09 | 52,468.48 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.95 | 52,395.53 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.39 | 52,315.14 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.24 | 52,239.90 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.63 | 52,167.27 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.54 | 52,084.73 |
| 01/29/16 | {13} | Douglas A. Kelley, Trustee | payment per settlement | 1249-000 | 58,500.00 | | 110,584.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.22 | 110,512.51 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.84 | 110,367.67 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.16 | 110,193.51 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.79 | 110,040.72 |
| 05/26/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/26/2016 FOR CASE #14-43791, BOND #016018054 | 2300-000 | | 45.65 | 109,995.07 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.58 | 109,842.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.35 | 109,669.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.06 | 109,517.08 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.80 | 109,344.28 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 156.84 | 109,187.44 |
| 10/14/16 | {13} | PCI LIQUIDATING TRUST | Settlement of Michael O'Shaughnessy | 1249-000 | 27,000.00 | | 136,187.44 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.89 | 136,020.55 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.13 | 135,812.42 |

Subtotals: $138,738.67 $2,926.25

{} Asset reference(s)

Printed: 06/08/2018 11:45 AM V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-43791-GFK  
**Case Name:** Thomas Petters, Inc.  

**Taxpayer ID #:** **-***0975  
**Period Ending:** 06/08/18

**Trustee:** Nauni Jo Manty (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $16,448,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.81 | 135,617.61 |
| 01/04/17 | {8} | POLAROID CONSUMER ELECTRONICS LLC BANKRUPTCY | Payment per settlement agreement | 1129-000 | 850,000.00 | | 985,617.61 |
| 03/07/17 | 103 | Nauni Jo Manty | Dividend paid 100.00% on $52,686.93, Trustee Compensation;  Reference: | 2100-000 | | 52,686.93 | 932,930.68 |
| 03/07/17 | 104 | Nauni Jo Manty | Dividend paid 100.00% on $83.87, Trustee Expenses;  Reference: | 2200-000 | | 83.87 | 932,846.81 |
| 03/07/17 | 105 | Paiement Law Office, LLC | Dividend paid 100.00% on $2,940.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 2,940.00 | 929,906.81 |
| 03/07/17 | 106 | MANTY & ASSOCIATES, P.A. | Dividend paid 100.00% on $44,523.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 44,523.00 | 885,383.81 |
| 03/07/17 | 107 | MANTY & ASSOCIATES, P.A. | Dividend paid 100.00% on $90.85, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 90.85 | 885,292.96 |
| 03/07/17 | 108 | Petters Company, Inc. | Dividend paid  2.47% on $35,768,436.00; Claim# 1; Filed: $35,768,436.00; Reference: PLUS INTEREST | 7100-000 | | 885,292.96 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 988,738.67 | 988,738.67 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 988,738.67 | 988,738.67 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$988,738.67** | **$988,738.67** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-43791-GFK  
**Case Name:** Thomas Petters, Inc.

**Trustee:** Nauni Jo Manty (430120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3067 - Checking Account

**Taxpayer ID #:** **-***0975  
**Period Ending:** 06/08/18

**Blanket Bond:** $16,448,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/17 | {13} | PCI Liquidating Trust | O'Shaughnessy settlement | 1249-000 | 33,750.00 | | 33,750.00 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.68 | 33,706.32 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.48 | 33,657.84 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.79 | 33,611.05 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.17 | 33,557.88 |
| 03/16/18 | 101 | Nauni Jo Manty | Dividend paid 100.00% on $53,924.66, Trustee Compensation; Reference: | 2100-000 | | 1,237.73 | 32,320.15 |
| 03/16/18 | 102 | Nauni Jo Manty | Dividend paid 100.00% on $109.52, Trustee Expenses; Reference: | 2200-000 | | 25.65 | 32,294.50 |
| 03/16/18 | 103 | Petters Company, Inc. | Dividend paid 2.56% on $35,768,436.00; Claim# 1; Filed: $35,768,436.00; Reference: PLUS INTEREST | 7100-000 | | 32,294.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 33,750.00 | 33,750.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 33,750.00 | 33,750.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$33,750.00** | **$33,750.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******3066 | 988,738.67 | 988,738.67 | 0.00 |
| Checking # ******3067 | 33,750.00 | 33,750.00 | 0.00 |
| | $1,022,488.67 | $1,022,488.67 | $0.00 |

{} Asset reference(s)

Printed: 06/08/2018 11:45 AM    V.13.32